evidence on the question of the alienation of the affections of the plaintiff's wife, or that any damage was caused thereby. All concur.

Nicholas J. BARRETT as exr., Respt., v. Thomas KERATSAS and ano., Applts. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Order affirmed, with costs. No opinion. Order filed.

BARTHOLOMAY BREWERY CO. v. O'BRIEN et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by the Bartholomay Brewery Company against Dennis O'Brien and another; Hugh J. O'Brien, appellant. No opinion. Motion to dismiss appeal held to be heard upon the argument of the appeal. See, also, 155 N. Y. Supp. 1093.

Nelson BASSETT, respt., v. Kate BASSETT, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Interlocutory decree unanimously affirmed.

Joseph D. BAUCUS, Applt., v. Ernest H. B. WEATHERALL, Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order modified as directed in order, and as modified affirmed, with $10 costs and disbursements to respondent. No opinion. Order filed.

Joseph D. BAUCUS v. Ernest H. B. WEATHERALL. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order reversed, with $10 costs and disbursements, and motion denied. No opinion. Order filed.

BEATY, Respondent, v. VANDALIA CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by William T. Beaty against the Vandalia Chemical Company. No opinion. Judgment and order affirmed, with costs.

Harriet W. BEAULEY v. PRESS PUBLISHING CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted, with $10 costs. Order filed.

BEAVERKILL STREAM CLUB, respt., v. Elizabeth C. LEMMI (formerly Leighton), doing business under the registered trade-name of the Arthur Leighton Company, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment unanimously affirmed, with costs.

BEAVERKILL STREAM CLUB, respt., v. Elizabeth C. LEMMI (formerly Leighton), doing business under the registered trade-name of Arthur Leighton Co., applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

BECKETT et al., Appellants, v. BLUM, Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Robert Beckett and another against Julius Blum. No opinion. Judgment affirmed, with costs. Order filed. Laughlin and Smith, JJ., dissent.

BEIGLER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by Abbie Beigler against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

Agnes BELIUS, as admx., etc., applt., v. NIAGARA, LOCKPORT & ONTARIO POWER CO., respt. (Supreme Court, Appellant Division, Fourth Department. December 8, 1915.) Judgment affirmed, with costs. All concur.

BELLA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Margaret Bella, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

Vincenzo BELLANCA, applt., v. Guiseppina C. CLANCIOLO, respt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Appeal dismissed without costs upon stipulation filed.

H. Ephraim BENGUIAT and ano., Applts., v. Vitall BENGUIAT and ano., Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the matter of the estate of William BENHAM, deceased. John D. BENHAM, petitioner, and Seaver A. Miller, as Committee, etc., applts., v. Willis E. BENHAM, administrator, respt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Decree modified, by reducing the costs to $120 and disbursements, and as so modified unanimously affirmed, without costs.

In the matter of the claim of John Frederick BENTON for compensation under the Workmen's Compensation Law, v. George H. FRASER, employer, and Zurich General Accident and Liability Company, Limited, insurance carrier. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed. Cochrane, J., not sitting.

In the matter of the claim of Charles BERLINER, claimant, for compensation under the Workmen's Compensation Law, and State Industrial Commission, respts., v. RITCHIE & CORNELL, employer, and Globe Indemnity Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award affirmed. All concur, except Lyon and Woodward, JJ., dissenting.